UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| IRIDEX CORPORATION, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:05CV1916 CDP |
|  | ) |  |
| SYNERGETIC USA, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the consented motion to extend <u>Markman</u> hearing date [#29] is granted and the hearing is **reset** for **Friday, July 7, 2006, at 9:00 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 25th day of May, 2006.