UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IRIDEX CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1916 CDP |
| | ) | |
| SYNERGETICS, INC., and | ) | |
| SYNERGETICS USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| SYNERGETICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1104 CDP |
| | ) | |
| IRIDEX CORP., | ) | |
| | ) | |
| Defendant, | ) | |

## **CONSOLIDATION ORDER AND AMENDED CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that the request of the parties to consolidate Cause No. 4:05CV1916CDP with Cause No. 4:06CV1104CDP is granted, and these cases are consolidated for all purposes.

**IT IS FURTHER ORDERED** that the parties shall file all further pleadings and matters in Cause No. 4:05CV1916 CDP only.

**IT IS FURTHER ORDERED** that the most recent pleadings filed in Cause No. 4:05CV1916CDP shall be the operative pleadings for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall

administratively close Cause No. 4:05CV1104 CDP.

**IT IS FURTHER ORDERED** that the case management order is amended, in relevant parts, as follows:

1. The deadline for completion of all discovery shall be extended to **December 22, 2006**.

2. The deadline for filing motions to compel shall be extended to **January 17, 2007**.

3. The deadline for filing dispositive motions was **November 17, 2006**. Opposition briefs shall be filed no later than **December 8, 2006**, and any reply brief shall be filed no later than **December 22, 2006.** The parties are encouraged to file a joint stipulation regarding consolidation of briefs and page limitation for these responses.

All other deadlines previously set remain in effect, including the trial setting of **April 16, 2007**.

**IT IS FINALLY ORDERED** that the parties shall filed either a joint statement or separate responses to the motion to compel [#98] by **November 28, 2006**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2006.