UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IRIDEX CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1916 CDP |
| ) | |
| SYNERGETICS USA, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that Synergetics' motion for extension of time for completing discovery and for filing motions to compel [#216] is granted to the following extent:

The deadline for completion of all discovery is extended to **February 15, 2007**.

All motions to compel must be filed no later than **Tuesday, February 20, 2007**. Responses to any motions filed on that date shall be filed no later than **Saturday, February 24, 2007** and any reply briefs must be filed no later than **Tuesday, February 27, 2007**. No further briefing will be allowed.

As set out in my order of **September 6, 2006**, briefs in opposition to any motions to compel or any other motions related to discovery filed sooner than the

deadlines in the preceding paragraph must be filed within **four calendar days** and any reply briefs must be filed within **three calendar days**.  These deadlines run from the time the motion or brief is filed in the CM/ECF system, and no time is added or excluded for mailing, intervening weekends, or holidays, and the provisions of any Federal or Local Rule to the contrary are suspended for purposes of discovery motions only.  If a discovery motion or brief that is due on a date court is closed includes documents that must be filed under seal, the notice shall be filed in CM/ECF on the date required, and any sealed documents shall be hand-delivered to opposing counsel that same date, and shall be filed with the court as soon as court reopens.

                                                */s/ Catherine D. Perry*
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2007.